```
 1  Ronald C. Chauvel (SBN 083182) [email: rcc@chauvelabraham.com]
    April S. Glatt (SBN 185708) [email: asg@chauvelabraham.com]
 2  CHAUVEL, ABRAHAM, DESCALSO, LLP.
    155 Bovet Road, Suite 780
 3  San Mateo, California 94402
    Telephone:  650-573-9500
 4  Facsimile:  650-573-9689

 5  Attorneys for Plaintiff,
    Kenneth Laxer, an individual
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco/Oakland Division)

| | |
|---|---|
| KENNETH LAXER, an individual, | CASE NO. CV 11-1861 JCS |
| Plaintiff, | **STIPULATION AND (~~PROPOSED~~) ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANT WORLDWIDE CARGO SERVICES, INC.** |
| v. | |
| WORLDWIDE CARGO SERVICES, INC., a New York corporation; FORWARD AIR, INC., a Tennessee corporation; and CLOCK FREIGHT INTERNATIONAL, INC., a California corporation, | |
| Defendants. | |

It is hereby stipulated between Plaintiff Kenneth Laxer and Worldwide Cargo Services, Inc. that the default of Worldwide Cargo Services, Inc. entered on July 1, 2011 may be set aside.

DATED: July 13, 2011                     CHAUVEL ABRAHAM & DESCALSO, LLP

                                         /s April S. Glatt
                                         _____
                                         APRIL S. GLATT
                                         Attorney for Plaintiff KENNETH LAXER

-1-

| | |
|---|---|
| 1  DATED: July 13, 2011 | BULLIVANT HOUSER BAILEY PC |
| 2 | /s Marilyn Raia |
| 4 | MARILYN RAIA |
| 5 | Attorneys for Defendant Worldwide Cargo |
| 6 | Services Inc., a New York Corporation. |
| 9  SO ORDERED: | |
| 11  DATED: 7/18/11 | Joseph C. Spero<br>United States Magistrate Judge |