Ronald C. Chauvel (SBN 083182) [email: rcc@chauvelabraham.com]
April S. Glatt (SBN 185708) [email: asg@chauvelabraham.com]
CHAUVEL, ABRAHAM & DESCALSO LLP
155 Bovet Road, Suite 780
San Mateo, California 94402
Telephone: 650-573-9500
Facsimile: 650-573-9689

Attorneys for Plaintiff
KENNETH LAXER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco/Oakland Division)

| | |
|---|---|
| KENNETH LAXER, an individual<br><br>Plaintiff,<br><br>v.<br><br>WORLDWIDE CARGO SERVICES, INC., a New York corporation; FORWARD AIR, INC, a Tennessee Corporation; and CLOCK FREIGHT INTERNATIONAL, INC., a California Corporation,<br><br>Defendants. | Case No.: CV 11-1861 JCS<br><br>**STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE & EXTENDING TIME TO FILE CASE MANAGEMENT STATEMENT & COMPLY WITH RULE 26(a) & (f)**<br><br>**Complaint Filed:** April 18, 2011<br>**Trial Date:** None set |

Within the past week, the two defendants against whom defaults were taken have retained counsel and contacted Plaintiff's counsel requesting that the defaults be lifted. To facilitate the inclusion of defendants Worldwide Cargo Services, Inc. and Clock Freight International Inc in the Case Management and ADR processes, plaintiff Kenneth Laxer and defendant Forward Air, Inc., hereby stipulate to continue the Case Management Conference presently scheduled in this matter

for July 29, 2011 to October 14, 2011 at 1:30 p.m. The parties further stipulate to extend the deadline for their initial disclosures, discovery plan and joint case management conference statement to October 7, 2011 and to meet and confer on these subjects no later than September 22, 2011.

IT IS SO STIPULATED.

Dated: July 11, 2011         CHAUVEL, ABRAHAM & DESCALSO, LLP.

By:     /s April S. Glatt
_____
April S. Glatt
Attorneys for Plaintiff KENNETH LAXER

Dated: July 11, 2011         LAW OFFICES OF JAMES ATTRIDGE

By:     /s James Attridge
_____
James Attridge
Attorney for Defendant Forward Air

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 18, 2011

_____
Honorable Joseph C. Spero

-2-