Ronald C. Chauvel (SBN 083182) [email: rcc@chauvelabraham.com]
April S. Glatt (SBN 185708) [email: asg@chauvelabraham.com]
CHAUVEL, ABRAHAM, DESCALSO, LLP.
155 Bovet Road, Suite 780
San Mateo, California 94402
Telephone:  650-573-9500
Facsimile:  650-573-9689

Attorneys for Plaintiff,
Kenneth Laxer, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco/Oakland Division)

| | |
|---|---|
| KENNETH LAXER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WORLDWIDE CARGO SERVICES, INC., a New York corporation; FORWARD AIR, INC., a Tennessee corporation; and CLOCK FREIGHT INTERNATIONAL, INC., a California corporation,<br><br>Defendants. | CASE NO. CV 11-1861 JCS<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANT CLOCK FREIGHT INTERNATIONAL, INC.** |

COME NOW Plaintiff Kenneth Laxer ("Plaintiff") and Defendant Clock Freight International, Inc. ("CLOCK") (collectively referred to as the "Parties") and jointly stipulate to an order to set aside the default entered against CLOCK.

On or about April 18, 2011, Plaintiff filed a Complaint for damages in the above referenced matter. On April 22, 2011, Plaintiff served the Complaint on CLOCK. On June 23, 2011, Plaintiff requested that the Court enter default in the above captioned matter against CLOCK on the grounds that it had failed to respond to the Complaint. On or about June 30, 2011, CLOCK received notice that the request for default had been filed against it. The Court entered default against CLOCK on July 1, 2011.

On or about July 6, 2011, counsel for Plaintiff and for CLOCK discussed the default and the delay in filing an answer. Plaintiff agreed to set aside the default entered against CLOCK and to permit CLOCK to answer or otherwise plead in a timely manner.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO by the Parties, that the entry of default against CLOCK may be set aside so that CLOCK may Answer or otherwise plead in a timely manner.

**STIPULATED AND AGREED TO BY AND AMONG:**

DATED: July 13, 2011       CHAUVEL ABRAHAM & DESCALSO, LLP

/s April S. Glatt

_____

APRIL S. GLATT

Attorney for Plaintiff

KENNETH LAXER

DATED: July13, 2011       ANDERSON & POOLE, P.C.

/s Jamie Couche

_____

JAMIE C. COUCHE

Attorneys for Defendant

CLOCK FREIGHT INTERNATIONAL, INC.

**APPROVED AND SO ORDERED:**

Dated: 7/19/11

_____

United States Magistrate Judge

*Judge Joseph C. Spero*

-2-