**ROBERTS & KEHAGIARAS LLP**
ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
adk@tradeandcargo.com
THEODORE H. ADKINSON, ESQ. (State Bar No. 167350)
tha@tradeandcargo.com
One World Trade Center, Suite 2350
Long Beach, CA  90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for defendant FREIGHT FORCE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH LAXER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WORLDWIDE CARGO SERVICES, INC., a New York corporation; FORWARD AIR, INC., a Tennessee corporation; and CLOCK FREIGHT INTERNATIONAL, INC., a California corporation,<br><br>    Defendants. | **Case No. CV 11–1861 JCS**<br><br>**FREIGHT FORCE, INC.'S NOTICE OF REQUEST TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>[L.R. 16–10]<br><br>TIME:      1:30 p.m.<br>DATE:      February 3, 2012<br>COURTROOM: G<br><br>JUDGE: Hon. Joseph C. Spero |

---

Z:\Freight Force\Request for Telephonic Appearance at CMC.docx        REQUEST TO APPEAR BY TELEPHONE AT FURTHER CMC

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

Defendant Freight Force, Inc. ("Freight Force") recently received service of process and will be appearing in this action on or before January 31, 2012. Under Local Rule 16-10, Freight Force respectfully requests the Court's permission to appear by telephone at the Case Management Conference of February 3, 2012. Freight Force's undersigned counsel's office is in Long Beach and he wishes to avoid the costs of attending the aforementioned conference in San Francisco, particularly given that counsel and Freight Force's representative will be traveling to San Francisco on February 28, 2012 for the early neutral evaluation in this action.

Dated: January 20, 2012        **ROBERTS & KEHAGIARAS LLP**

By: **/S/ – Andrew D. Kehagiaras**
Attorneys for defendant
FREIGHT FORCE, INC.

IT IS HEREBY ORDERED THAT Mr. Kehagiaras shall be on phone standby beginning at 1:30 PM on 2/3/12 and await the Court's call. Mr. Kehagiaras shall provide to the clerk by 2/1/12 a direct land line number.

Dated: 1/23/12.



Z:\Freight Force\Request for Telephonic Appearance at CMC.docx

REQUEST TO APPEAR BY TELEPHONE AT FURTHER CMC