# Bullivant | Houser | Bailey PC

Attorneys at Law

MARILYN RAIA
E-mail: marilyn.raia@bullivant.com

January 25, 2012

*Via ECF*

Hon Joseph C. Spero
United States Magistrate Judge
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

      Re:    Laxer v. Worldwide Cargo Services, et al.
             Action No. CV 11-001861 JCS

Dear Magistrate Judge Spero:

    In accordance with Your Honor's comments at our last case management conference, I am requesting permission to attend the February 3, 2012 further case management conference scheduled for 1:30 PM by telephone. My contact telephone number is 415-352-2721.

    Thank you for your consideration.

                                Sincerely,

                                Marilyn Raia

MR:cb

cc:    Other Counsel (*via E-mail*)    IT IS HEREBY ORDERED THAT Ms. Raia shall be on phone standby beginning at 1:30 PM and await the Court's call.

13672014.1                              Dated: Jan. 26, 2012



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

601 California Street, Suite 1800, San Francisco, CA 94108-2823 • 415.352.2700 Fax 415.352.2701

www.bullivant.com  |  Seattle  Vancouver  Portland  Sacramento  San Francisco  Las Vegas