LAW OFFICES OF

## ANDERSON & POOLE
A PROFESSIONAL CORPORATION
601 CALIFORNIA STREET
SUITE 1300
SAN FRANCISCO, CALIFORNIA 94108-2818

JAMIE C. COUCHE
JCOUCHE@ADPLAW.COM

TELEPHONE: (415) 956-6413
FACSIMILE: (415) 956-6416

January 26, 2012

Joseph C. Spero, Magistrate Judge
United States District Court
Northern District of California
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

> **RE:** **February 3, 2012 - Further Case Management Conference**
> **LAXER v. WORLDWIDE CARGO SERVICES, INC., et al**
> **U.S.D.C. CASE NO. CV 11-1861 JCS**

Dear Honorable Judge Spero:

This letter is to request permission from the Court that counsel for Defendant Clock Freight International, Inc. may appear at the Further Case Management Conference on February 3 at 1:30 p.m. via telephone. My office number is 415.956.6413.

Thank you.

Very truly yours,

JAMIE C. COUCHE
Attorneys for Defendant
Clock Freight International, Inc.

JCC/rje/9440.3003

cc:  Marilyn Raia, Esq.
     James Attridge, Esq.
     Andrew Kehagiaras, Esq.
     April Glatt, Esq.

IT IS HEREBY ORDERED THAT Jamie Couche shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: Jan. 26, 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero