# ROBERTS & KEHAGIARAS LLP
ATTORNEYS AND COUNSELORS AT LAW

ONE WORLD TRADE CENTER, SUITE 2350
LONG BEACH, CALIFORNIA  90831

| | | |
|---|---|---|
| **CAMERON W. ROBERTS**<br>ADMITTED IN CALIFORNIA AND WASHINGTON<br>LICENSED CUSTOMS BROKER<br>CWR@TRADEANDCARGO.COM | PHONE: (310) 642-9800<br>FACSIMILE: (310) 868-2923<br><br>WWW.TRADEANDCARGO.COM | **ANDREW D. KEHAGIARAS**<br>ADMITTED IN CALIFORNIA AND MICHIGAN<br>PROCTOR IN ADMIRALTY<br>ADK@TRADEANDCARGO.COM |
| **THEODORE H. ADKINSON, OF COUNSEL**<br>ADMITTED IN CALIFORNIA<br>THA@TRADEANDCARGO.COM | | **SEAN BREW, OF COUNSEL**<br>ADMITTED IN CALIFORNIA<br>SB@TRADEANDCARGO.COM |

20 March 2012

*Via ECF*
Hon. Joseph C. Spero
Magistrate Judge
450 Golden Gate Avenue, Courtroom G
San Francisco, CA  94102

***Laxer v. Worldwide Cargo Services, Inc. et al.***
N.D. Cal. Case No.                   CV 11-1861 JCS

Dear Judge Spero:

I represent defendant Freight Force, Inc. in the above-referenced action and I write to request the Court's permission to appear by telephone at the further case management conference at 1:30 p.m. on 23 March 2012.  My telephone number is (310) 642-9800, extension 7001.

Thank you for your consideration.

Sincerely yours,

**ROBERTS & KEHAGIARAS LLP**     Dated: March 21, 2012     

Andrew D. Kehagiaras

ADK

cc:     All counsel of record

Z:\Freight Force\Request Letter for Telephonic Appearance at CMC.docx