RONALD C. CHAUVEL
MICHAEL G. DESCALSO*
APRIL S. GLATT
MARTIN E. HARBAND**
KENNETH M. WEINFIELD**

LAW OFFICES
OF
**CHAUVEL & DESCALSO, LLP**

155 BOVET ROAD, SUITE 780
SAN MATEO, CALIFORNIA 94402-3155

Telephone: 650.573-9500
Facsimile: 650.573-9689

www.chauvellaw.com

*BOARD CERTIFIED CIVIL TRIAL
SPECIALIST – NATIONAL
BOARD OF TRIAL ADVOCACY
**OF COUNSEL

E-MAIL:april@chauvellaw.com

March 20, 2012

Honorable Joseph C. Spero
Magistrate Judge
U.S. District Court, Northern District
450 Golden Gate Avenue, Courtroom G
San Francisco, CA 94102

Re:  February 3, 2012 – Further Case Management Conference
     <u>Laxer v. Worldwide Cargo Services, Inc. CV 11-1861 JCS</u>
     Our File # 11-5317

Dear Judge Spero:

This is to request permission from the Court that plaintiff's counsel can appear at the Further Case Management Conference on March 23, at 1:30 p.m. via telephone. My office number is 650.573-9500 ext. 137.

Thank you.

Very truly yours,

**CHAUVEL & DESCALSO,** LLP

April S. Glatt

Dated: March 21, 2012

*IT IS SO ORDERED*
Judge Joseph C. Spero

ASG:ltt
cc:  Marilyn Raia, Esq.
     Jaime Couche, Esq.
     Jim Attridge, Esq.
     Andrew D. Kehagiaras, Esq.