LAW OFFICES OF

# ANDERSON & POOLE
A PROFESSIONAL CORPORATION
601 CALIFORNIA STREET
SUITE 1300
SAN FRANCISCO, CALIFORNIA 94108-2818

JAMIE C. COUCHE
JCOUCHE@ADPLAW.COM

TELEPHONE: (415) 956-6413
FACSIMILE: (415) 956-6416

March 20, 2012

Joseph C. Spero, Magistrate Judge
United States District Court
Northern District of California
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   **March 23, 2012 - Further Case Management Conference**
      **LAXER v. WORLDWIDE CARGO SERVICES, INC., et al**
      **U.S.D.C. CASE NO. CV 11-1861 JCS**

Dear Honorable Judge Spero:

This letter is to request permission from the Court that counsel for Defendant Clock Freight International, Inc. may appear at the Further Case Management Conference on March 23 at 1:30 p.m. via telephone.   My office number is 415.956.6413.

Thank you.

Dated: March 21, 2012

IT IS SO ORDERED
Judge Joseph C. Spero

Very truly yours,

JAMIE C. COUCHE
Attorneys for Defendant
Clock Freight International, Inc.

JCC/rje/9440.3003

cc:   Marilyn Raia, Esq.
      James Attridge, Esq.
      Andrew Kehagiaras, Esq.
      April Glatt, Esq.