UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH LAXER, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WORLDWIDE CARGO SERVICES, INC., a New York corporation; FORWARD AIR, INC., a Tennessee corporation; and CLOCK FREIGHT INTERNATIONAL, INC., a California corporation,<br><br>　　　　Defendants. | **Case No. CV 11–1861 JCS**<br><br>**[~~PROPOSED~~] ORDER RE: STIPULATION RE: VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 40(a)(1)(A)(ii)]<br><br>JUDGE: Hon. Joseph C. Spero |

1  The stipulation of plaintiff Kenneth Laxer, defendant
2  Worldwide Cargo Services, Inc., defendant Forward Air, Inc.,
3  defendant Clock Freight Services International, Inc., and
4  defendant Freight Force, Inc. came on for consideration by the
5  Honorable Joseph C. Spero. The Court, having considered the
6  parties' stipulation, hereby orders the dismissal, with
7  prejudice, of the above-captioned action.

9  IT IS SO ORDERED.

11 Dated: __March 22__, 2012



Hon. Joseph C. Spero
United States Magistrate Judge

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

Z:\Freight Force\Stipulation to Dismiss Action – proposed order.docx

1

[PROPOSED] ORDER