**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| KENNETH LAXER, an individual,<br><br>         Plaintiff,<br><br>     vs.<br><br>WORLDWIDE CARGO SERVICES, INC., a New York corporation; FORWARD AIR, INC., a Tennessee corporation; and CLOCK FREIGHT INTERNATIONAL, INC., a California corporation,<br><br>         Defendants. | **Case No. CV 11–1861 JCS**<br><br>**[~~PROPOSED~~] ORDER RE: STIPULATION RE: VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 40(a)(1)(A)(ii)]<br><br>JUDGE: Hon. Joseph C. Spero |

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

The stipulation of plaintiff Kenneth Laxer, defendant Worldwide Cargo Services, Inc., defendant Forward Air, Inc., defendant Clock Freight Services International, Inc., and defendant Freight Force, Inc. came on for consideration by the Honorable Joseph C. Spero.  The Court, having considered the parties' stipulation, hereby orders the dismissal, with prejudice, of the above-captioned action.

IT IS SO ORDERED.

Dated: <u>March 22</u>, 2012



Hon. Joseph C. Spero
United States Magistrate Judge